MARTIGNONI FOODS, INC., ETC. v. FRANK ANGELILLO.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WILLIAMS.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN WILCOTT.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK RONALD O'CONNOR.

February 13, 1986.

Petition for certification denied.